AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| PHILIP M. WASELESKI<br>24 SEMINARY STREET, UNIT 195<br>BEREA, OHIO 44017<br><br>*Plaintiff(s)*<br>v.<br>CITY OF BROOKLYN C/O MAYOR, RON VAN KIRK; AS AN INDIVIDUAL, AND IN HIS OFFICIAL CAPACITY AS MAYOR FOR THE CITY OF BROOKLYN, OHIO; SCOTT MIELKE, (#2201), AS AN INDIVIDUAL, AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF ROOKLYN, OHIO; TONY AFTIM, (#2260), AS AN INDIVIDUAL, AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF BROOKLYN, OHIO; KYLE PITTS (#2264), AS AN INDIVIDUAL, AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF BROOKLYN, OHIO; MIKE SPISAK, (#2267), AS AN NDIVIDUAL, AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF BROOKLYN, OHIO; JAMES J. MCDONNELL (5802), AS AN INDIVIDUAL, AND IN HIS<br>*Defendant(s)*<br>OFFICIAL CAPACITY AS A PROSECUTOR FOR THE CITY OF BROOKLYN, OHIO; JANE AND JOHN DOES 1 THROUGH 10, INCLUSIVE; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott D. Claussen, Esq.
4834 Autumn Ln, Cleveland, OH 44144
216-469-6886
claussenlaw@yahoo.com


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  PHILIP M. WASELESKI
24 SEMINARY STREET, UNIT 195
BEREA, OHIO 44017

pwaseleski@yahoo.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: _____       _____
                                                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                                    _____
                                    *Printed name and title*

                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc: